ELLA M. CAMPBELL, Respondent, v. MARIA PUNTORO et al., Appellants.

Present — Del Vecchio, J. P., Marsh, Witmer and Moule, JJ.